# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gregory, Roger L. | US Court of Appeals - 4th Cir. | 05/11/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge - Active | ☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

1000 East Main Street
Suite 212
Richmond, VA 23219-3517

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | University of Richmond |
| 2. | Administrator | Estate #1 (See Part VIII. Explanation) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 05/11/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Survivor Income Pension - Altria Group, Inc. | $20,053.56 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Kelly Services, Inc. - Wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Arizona James E. Rogers College of Law | 02/14/2019 to 02/17/2019 | Phoenix, AZ | 2019 O'Connor Justice Prize Dinner | Travel, Lodging & Meals |
| 2. | William & Mary Law School | 05/11/2019 to 05/12/2019 | Williamsburg, VA | Law School Commencement Speaker | Lodging & Meals |
| 3. | International Assiciations of Defense Counsel (IADC) | 07/25/2019 to 07/28/2019 | Stanford, CA | Keynote Speaker | Travel & Lodging |
| 4. | American Evolution 2019 Forum | 07/29/2019 to 07/31/2019 | Williamsburg, VA | Panelist | Lodging |
| 5. | University of Kentucky College of Law | 11/19/2019 to 11/20/2019 | Lexington, KY | Keynote Speaker | Travel & Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 05/11/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Direct Loan - U.S. Dep't of Education | Student Loan | K |
| 2. SLM Corp. - Sallie Mae - U.S. Dep't Education | Student Loan | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gregory, Roger L.** | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Suntrust Bank Interest Checking | A | Interest | J | T | | | | | |
| 2. Wells Fargo Interest Checking | A | Interest | K | T | | | | | |
| 3. BB&T Bank Checking | | None | J | T | | | | | |
| 4. Prudential Insurance Variable Annuity "(H)" | | | | | | | | | See Part VIII. Explanation |
| 5. Prudential Jennison | | None | J | T | | | | | |
| 6. Prudential Flexible Managed | | None | L | T | | | | | |
| 7. Prudential High Yield Bond | | None | K | T | | | | | |
| 8. ManuLife Financial - Common Stock | B | Dividend | K | T | | | | | |
| 9. New York Life IRA - Fixed Annuity | A | Interest | K | T | | | | | |
| 10. RiverSource Life Insurance Company IRA Fixed | B | Interest | K | T | | | | | |
| 11. Consolidated Bank & Trust/Premier Bank | A | Interest | K | T | | | | | |
| 12. John Hancock Life Ins. - term & whole life policy | B | Dividend | L | T | | | | | |
| 13. New York Life Ins. Co. - term & whole life policy | B | Interest | J | T | | | | | |
| 14. Call Federal Credit Union | | None | J | T | | | | | |
| 15. SunTrust Money Market Account | A | Interest | K | T | | | | | |
| 16. Altria Group, Inc. | A | Dividend | J | T | | | | | |
| 17. Philip Morris Int'l, Inc. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  Fidelity Mgmt. Trust Co. - IRA "(H)" | | | | | | | | | See Part VIII.<br>Explanation |
| 19.  Fidelity Gov't Money Mkt. | A | Dividend | J | T | | | | | |
| 20.  Strategic Advisers Core Fund | D | Dividend | M | T | Sold<br>(part) | 04/03/19 | J | A | Stock Market |
| 21. | | | | | Buy<br>(add'l) | 05/30/19 | J | | Stock Market |
| 22. | | | | | Sold<br>(part) | 06/27/19 | J | A | Stock Market |
| 23. | | | | | Buy<br>(add'l) | 09/26/19 | J | | Stock Market |
| 24.  Strategic Advisers Growth Fund | C | Dividend | K | T | Sold<br>(part) | 03/08/19 | J | A | Stock Market |
| 25. | | | | | Sold<br>(part) | 04/03/19 | J | A | Stock Market |
| 26. | | | | | Sold<br>(part) | 05/30/19 | J | A | Stock Market |
| 27. | | | | | Sold<br>(part) | 09/26/19 | J | A | Stock Market |
| 28. | | | | | Sold<br>(part) | 12/06/19 | J | A | Stock Market |
| 29.  Strategic Advisers Value Fund | C | Dividend | K | T | Sold<br>(part) | 01/30/19 | J | | Stock Market |
| 30. | | | | | Sold<br>(part) | 03/08/19 | J | | Stock Market |
| 31. | | | | | Sold<br>(part) | 05/30/19 | J | | Stock Market |
| 32. | | | | | Sold<br>(part) | 09/26/19 | J | | Stock Market |
| 33. | | | | | Sold<br>(part) | 12/06/19 | J | A | Stock Market |
| 34.  Strategic Advisers Emerging Markets | A | Dividend | K | T | Buy<br>(add'l) | 05/30/19 | J | | Stock Market |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gregory, Roger L. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Strategic Advisers Small-Mid Cap Fund | B | Dividend | K | T | Buy<br>(add'l) | 01/30/19 | J | | Stock Market |
| 36. | | | | | | Sold<br>(part) | 04/03/19 | J | A | Stock Market |
| 37. | Strategic Advisers International Fund | B | Dividend | L | T | Sold<br>(part) | 03/08/19 | J | | Stock Market |
| 38. | | | | | | Buy<br>(add'l) | 08/14/19 | J | | Stock Market |
| 39. | Fidelity SAI U.S. Large Cap Index | A | Dividend | J | T | Sold<br>(part) | 03/08/19 | J | A | Stock Market |
| 40. | | | | | | Buy<br>(add'l) | 06/27/19 | J | | Stock Market |
| 41. | Fidelity SAI International Index | A | Dividend | J | T | Sold<br>(part) | 01/30/19 | J | A | Stock Market |
| 42. | | | | | | Sold<br>(part) | 06/27/19 | J | A | Stock Market |
| 43. | Fidelity SAI Emerging Markets Index | A | Dividend | J | T | Sold<br>(part) | 08/14/19 | J | A | Stock Market |
| 44. | AQR Multi Strgy Alternative Class N | | None | | | Sold | 04/03/19 | J | | Stock Market |
| 45. | AQR Managed Futures Fund CL N | A | Dividend | J | T | | | | | |
| 46. | Fidelity Total Bond "(H)" | | | | | | | | | See Part VIII.<br>Explanation |
| 47. | Strategic Advisers Short Duration Fund | A | Dividend | J | T | Sold<br>(part) | 03/08/19 | J | A | Stock Market |
| 48. | | | | | | Buy<br>(add'l) | 04/03/19 | J | | Stock Market |
| 49. | Strategic Advisers Income Opportunities | A | Dividend | J | T | Sold<br>(part) | 04/03/19 | J | | Stock Market |
| 50. | | | | | | Sold<br>(part) | 09/26/19 | J | | Stock Market |
| 51. | Strategic Advisers Core Income Fund | D | Dividend | M | T | Buy<br>(add'l) | 01/30/19 | J | | Stock Market |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 03/08/19 | J | | Stock Market |
| 53. | | | | | Buy<br>(add'l) | 04/03/19 | J | | Stock Market |
| 54. | | | | | Sold<br>(part) | 05/30/19 | J | A | Stock Market |
| 55. | | | | | Buy<br>(add'l) | 06/27/19 | J | | Stock Market |
| 56. | | | | | Buy<br>(add'l) | 09/26/19 | J | | Stock Market |
| 57. | | | | | Buy<br>(add'l) | 12/16/19 | J | | Stock Market |
| 58. Eaton Vance GL Macro Absolute RTRN ADV 1 | | None | | | Sold | 04/03/19 | J | A | Stock Market |
| 59. Eaton Vance GL Macro Absolute RTRN ADV A | A | Dividend | J | T | Buy | 04/03/19 | J | | Stock Market |
| 60. | | | | | Buy<br>(add'l) | 04/04/19 | J | | Stock Market |
| 61. PIMCO Commodity Real Return Inst | A | Dividend | J | T | Sold<br>(part) | 09/26/19 | J | | Stock Market |
| 62. | | | | | Sold<br>(part) | 12/06/19 | J | | Stock Market |
| 63. Fidelity Short-Term Funds | | | | | | | | | See Part VIII.<br>Explanation |
| 64. FIMM Government Portfolio Instl CL | A | Dividend | J | T | Sold<br>(part) | 02/11/19 | J | | Stock Market |
| 65. | | | | | Buy<br>(add'l) | 03/08/19 | J | | Stock Market |
| 66. | | | | | Sold<br>(part) | 05/13/19 | J | | Stock Market |
| 67. | | | | | Buy<br>(add'l) | 05/30/19 | J | | Stock Market |
| 68. | | | | | Sold<br>(part) | 08/26/19 | J | | Stock Market |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gregory, Roger L.** | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 09/26/19 | J | | Stock Market |
| 70. | | | | | Sold<br>(part) | 11/18/19 | J | | Stock Market |
| 71. | | | | | Buy<br>(add'l) | 12/06/19 | J | | Stock Market |
| 72.   Fidelity Government Cash Reserves | A | Dividend | | | Buy | 04/03/19 | J | | Stock Market |
| 73. | | | | | Sold | 04/04/19 | J | | Stock Market |
| 74. | | | | | Buy | 04/30/19 | J | | Stock Market |
| 75. | | | | | Sold | 05/10/19 | J | | Stock Market |
| 76.   Fidelity Deferred Annuity Account | | None | M | T | | | | | |
| 77.   Fidelity Rollover IRA "Cash Account" | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. POSITIONS

Line 2: Reference to Estate #1. On May 29, 2018, I was appointed Administrator of ▊▊▊▊ (deceased) small estate. According to "Filing Instructions for Judicial Officers and Employees," page 31, "Trusts," I am not required to list in Part VII, the assets involved in the estate because I, ▊▊▊▊, and ▊▊▊▊ do not (1) receive income from the estate, or (2) have a beneficial interest in principle or income from the estate. Moreover, I have not and will not receive any compensation for serving as Administrator of the estate.

VII. INVESTMENTS AND TRUSTS

Line 4: Prudential Insurance Variable Annuity. No information is reported on Line 4 because I report all income and values for the sub-Funds of the Prudential Insurance Variable Annuity on Lines 5 through 7.

Line 18: Fidelity Management Trust Co. - IRA. No information is reported on Line 18 because I report all transactions, income, and values related to stocks, mutual funds, and bonds managed by Fidelity Management Trust Company on Lines 19 through 45.

Line 46: Fidelity Total Bond "(H)". No information is reported on Line 46 because I report all transactions, income, and values related to the Bond accounts under Fidelity Total Bond "(H)" on Lines 47 through 62.

Line 63: Fidelity Short-Term Funds. No information is reported on Line 63 because I report all transactions, income, and values related to the Fidelity Short-Term Funds on Lines 64 through 75.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Roger L. Gregory**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544